## PEOPLE'S UNITED BANK *v.* KEVIN J. KENNY
### (AC 33949)

Beach, Robinson and Alvord, Js.

Submitted on briefs October 12—officially released October 30, 2012

Per Curiam. The judgment is affirmed.

## LAMONT THERGOOD *v.* COMMISSIONER OF CORRECTION
### (AC 33483)

DiPentima, C. J., and Bear and Sheldon, Js.

Submitted on briefs October 12—officially released October 30, 2012

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* NELSON RAMOS
### (AC 34707)

Lavine, Robinson and Espinosa, Js.

Argued October 15—officially released October 30, 2012

Per Curiam. The judgment is affirmed.